IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Adan Miranda, <br> and Jose Luis Cano, on behalf of <br> themselves and all other plaintiffs similarly <br> situated, <br><br> Plaintiffs, <br><br> v. <br><br> Aurora Metal Recycling, LLC, <br> David Giordana Sr., <br> and David Giordana Jr. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 1:17-cv-1088 |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Adan Miranda and Jose Luis Cano, and Defendants, Aurora Metal Recycling, LLC, David Giordana Sr., and David Giordana Jr. by and through their attorneys, hereby stipulate that the claims against Defendants have been settled and should be dismissed without prejudice, and should automatically convert to a dismissal with prejudice, and without costs, on August 20, 2017.

Dated: July 11, 2017                                   Respectfully Submitted,

/s/ John Kunze                                          /s/ Eugene G. Callahan
One of Plaintiffs' Attorneys                            Attorney for Defendants

The Fish Law Firm, P.C.                                 Eugene G. Callahan & Associates LLC
200 E. 5th Avenue, Suite 123                            120 W. 22nd Street, Suite
Naperville, Illinois 60563                              Oakbrook, Illinois 60523